```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19451
  RAMONA YOUNG
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-9790
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/19/07 and confirmed on 12/12/07.

2. The case was converted to Chapter 7 after confirmation, 01/29/2009.

3. The Debtor paid a total of $ 8000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 7069.98 | .00 | 1000.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3035.64 | .00 | 429.43 |
| ROUNDUP FUNDING LLC | UNSECURED | 270.46 | .00 | 38.25 |
| B REAL LLC | UNSECURED | 1973.20 | .00 | 279.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5813.69 | .00 | 822.42 |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9987.38 | .00 | 1412.84 |
| HIGH TECH MEDICAL PARK | UNSECURED | 332.46 | .00 | 47.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 416.20 | .00 | 58.87 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 277.65 | .00 | 39.28 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 2125.13 | .00 | 300.64 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2410.59 | .00 | 341.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 650.11 | .00 | 91.96 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SUN TRUST | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 34362.49 | .00 | 34362.49 |
| PRINCIPAL PAID | .00 | .00 | 4861.00 | .00 | 4861.00 |

```
INTEREST PAID                   .00         .00           .00           .00            .00
TOTAL PAID                      .00         .00       4861.00           .00        4861.00
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    800.00  direct and $   2700.00  through the plan.

The Trustee received $    439.00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/18/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                                PAGE   2
         CASE NO. 07 B 19451 RAMONA YOUNG